# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN OCAMPO, as the personal representative of SALOMON RODRIGUEZ, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA; and NATIONAL STEEL AND SHIPBUILDING COMPANY, <br><br> Defendants. | Case No.: 15-CV-0180 JAH-WVG <br> (In Admiralty) <br><br><br><br> ORDER |

IT IS HEREBY ORDERED that jurisdiction under 28 U.S.C. Sec. 636(c) and pursuant to Local Civil Rule 17.1 for approval of the entire settlement of this action, including the minor's claim, is transferred to Magistrate Judge William V. Gallo.

Date: October 15, 2019

_____
HON. JOHN A. HOUSTON
United States District Judge