UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN OCAMPO, as the personal representative of SALOMON RODRIGUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and NATIONAL STEEL AND SHIPBUILDING COMPANY,<br><br>   Defendants. | Case No.: 15-CV-180-JAH-WVG<br><br>**ORDER ON PLAINTIFF'S EX PARTE MOTION TO APPROVE DISTRIBUTION OF MINOR'S SETTLEMENT FUNDS** |

On June 4, 2020, Plaintiff filed an Ex Parte Motion to Approve Distribution of Minor's Settlement Funds ("Motion"). (Doc. No. 254.) On June 5, 2020 Defendant National Steel and Shipbuilding Company ("NASSCO") filed its Opposition to Plaintiff's Motion. (Doc. No. 256.) Having reviewed and considered the Parties' submissions, the Court hereby DENIES Plaintiff's Motion without prejudice. The Court finds salient that neither party has provided notice of settlement to the presiding probate court judge. Such lack of notice is at odds with Plaintiff's counsel's representations during the September 18, 2019 confidential settlement proceedings before Judge Houston that the probate court judge ordered counsel to provide such notice before any distribution was to occur.

1

Accordingly, the Court hereby ORDERS counsel to jointly notify the probate court judge and guardian ad litem of the Parties' notice and proposed distribution of the minor's settlement funds **no later than Friday, June 12, 2020**. Within two (2) business days of the probate court judge's order approving the Parties' settlement and proposed distribution, the Parties shall jointly contact this Court's Chambers to coordinate further proceedings in this matter.

**IT IS SO ORDERED.**

Dated: June 5, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge