UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN OCAMPO, as personal representative of SALOMON RODRIGUEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et. al.<br><br>　　　　　　　　　　Defendants.<br><br>AND RELATED CROSS CLAIM. | Case No.:  15cv00180 JAH-WVG<br><br>**ORDER WITHDRAWING MOTIONS IN-LIMINE** |

　　Pending before the Court are Plaintiff's motion to exclude expert witnesses from the courtroom while the other party's expert witness is testifying (Doc. No. 159) and Defendant's motion to exclude subsequent remedial measures (Doc. No. 164). The parties notified the court they have reached a settlement in this matter and are taking steps to finalize the settlement.  Accordingly, **IT IS HEREBY ORDERED** the motions are withdrawn.

DATED:  August 27, 2020

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　United States District Judge

1